**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**RODNEY HENRY**                                                                 **PLAINTIFF**

**VS.**                              **CASE NO. 3:22-cv-00200 PSH**

**STEVE FRANKS,** *et al.*                                                  **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice.

DATED this 3rd day of July, 2024.

_____
UNITED STATES MAGISTRATE JUDGE